GRACE WALLAU, Respondent, *v.* ALEXANDER WALLAU, Appellant.

Submitted July 23, 1946; decided July 23, 1946.

*Monroe J. Cahn* and *Harold M. Miller* for motion.
*William L. Bowman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.